UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

RONALD RAFF FAMILY LIMITED PARTNERSHIP II, L.P., a California Limited Partnership; RONALD RAFF; MOHAMMAD HOMAYUNAZAMI; and Does 1-10,

    Defendants.

Case No.: 5:16-CV-06038-NC

**ORDER OF CONDITIONAL DISMISSAL**

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court continues the Case Management Conference to April 12, 2017 at 10:00 a.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: February 1, 2017

_____
HONORABLE NATHANAEL M. COUSINS
United States Magistrate Court Judge